| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Spatt, Arthur D. | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Long Island Federal Courthouse<br>P.O. Box 9014<br>Central Islip, New York 11722 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1979 | Prior pension and profit-sharing plans rolled over (See Rider 1 annexed hereto) |
| 2. 1979 | Individual Retirement "Keogh" Plan (See Rider 2 annexed) |
| 3. | |

Spatt, Arthur D.

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | New York State Retirement Pension | $18,627.96 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | U.S. Treasury | Upon the death of | $0.00 |
| 2. | | received life insurance proceeds in the form of a check from the U.S. | |
| 3. | | Treasury in the sum of $3,424.78, which she endorsed to the order of | |
| 4. | | Carol Connard | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS | | | | | | | | | |
| 2. AIRTOUCH COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 3. AMERITECH - COMMON | A | Dividend | J | T | | | | | |
| 4. AT&T - COMMON | A | Dividend | J | T | | | | | |
| 5. BELL ATLANTIC - COMMON | A | Dividend | J | T | | | | | |
| 6. CHEVRON - TEXACO | A | Dividend | K | T | | | | | |
| 7. COMCAST - COMMON | A | Dividend | J | T | | | | | |
| 8. EASTMAN KODAK - COMMON | A | Dividend | J | T | | | | | |
| 9. PACIFIC TELESIS - COMMON | A | Dividend | J | T | | | | | |
| 10. PEPSICO - COMMON | A | Dividend | K | T | | | | | |
| 11. SOUTHWESTERN BELL - COMMON | A | Dividend | J | T | | | | | |
| 12. U.S. WEST - COMMON | A | Dividend | J | T | | | | | |
| 13. XEROX - COMMON | A | Dividend | J | T | | | | | |
| 14. U.S. WEST MEDIA GROUP | A | Interest | J | T | | | | | |
| 15. EASTMAN CHEMICAL CO. | A | Dividend | J | T | | | | | |
| 16. AIRTOUCH COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 17. NCR CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRICON GLOBAL | A | Dividend | J | T | | | | | |
| 19. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 20. COMPAQ COMPUTER | A | Dividend | J | T | | | | | |
| 21. GENERAL ELECTRIC CO. | A | Dividend | J | T | | | | | |
| 22. AGERE SYSTEMS, INC. | A | Dividend | J | T | | | | | |
| 23. YUM BRANDS, INC. | A | Dividend | J | T | | | | | |
| 24. HEWLETT PACKARD CO. | A | Dividend | J | T | | | | | |
| 25. QWEST COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 26. CHESAPEAKE UTILITIES CORP. | A | Dividend | J | T | | | | | |
| 27. VODAFONE | A | Dividend | J | T | | | | | |
| 28. iDEARC iNC. | A | Dividend | J | T | | | | | |
| 29. LSI Corp. | A | Dividend | J | T | | | | | |
| 30. LIMITED PARTNERSHIP | | | | | | | | | |
| 31. BERKSHIRE LAND VENTURE CO. | A | Dividend | J | U | | | | | |
| 32. BERKSHIRE LAND VENTURE CO. | A | Interest | J | U | | | | | |
| 33. INTEREST | | | | | | | | | |
| 34. NORTH FORK BANK, including IRA accounts & cash | A | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Portion of Pension Plan Rolled Over (See Part II) | | | | | | | | | |
| 36. BONDS | | | | | | | | | |
| 37. NEW YORK STATE HOUSING FINANCE AGENCY | D | Interest | L | T | | | | | |
| 38. POWER AUTHORITY OF NY | C | Interest | K | T | | | | | |
| 39. DORMITORY AUTHORITY OF NY | D | Interest | L | T | Sold | 07/01 | J | A | |
| 40. DORMITORY AUTHORITY OF NY | D | Interest | L | T | Buy | 06/29 | K | | |
| 41. STATE OF ISRAEL BONDS | A | Interest | J | T | | | | | |
| 42. NY STATE THRUWAY AUTHORITY | A | Interest | J | T | Sold | 04/01 | J | A | |
| 43. NY STATE THRUWAY AUTHORITY | A | Interest | J | T | | | | | |
| 44. NYS DEPT. OF HEALTH | A | Interest | J | T | | | | | |
| 45. N.Y. STATE DORMITORY AUTH. ROCHESTER | A | Interest | K | T | | | | | |
| 46. DUTCHESS COUNTY DEV. AGENCY | A | Interest | J | T | | | | | |
| 47. OTSEGO COUNTY | A | Interest | K | T | | | | | |
| 48. NEW YORK STATE ENVIRONMENTAL | A | Interest | J | T | Buy | 04/14 | J | | |
| 49. BRIARCLIFF MANOR | A | Interest | J | T | | | | | |
| 50. GREECE NY CSD | A | Interest | K | T | | | | | |
| 51. SCOTIA GLENVILLE, NY | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rochester, NY | A | Interest | J | T | | | | | |
| 53. North Colonie School Dist. | A | Interest | K | T | | | | | |
| 54. Port Authority NY & NJ | A | Interest | K | T | | | | | |
| 55. L.I. Power Authority | A | Interest | J | T | | | | | |
| 56. Triborough Bridge & Tunnel Authority | A | Interest | K | T | | | | | |
| 57. NY STATE DORMITORY AUTHORITY | B | Interest | K | T | Buy | 06/24 | K | | |
| 58. NORTHPORT-E.NORTHPORT | A | Interest | K | T | | | | | |
| 59. Syracuse NY UGO | A | Interest | J | T | | | | | |
| 60. Sachem Cent. Sch. Dist. | A | Interest | J | T | | | | | |
| 61. NY STATE POWER AUTHORITY | A | Interest | J | T | | | | | |
| 62. NY State Environmental FACS | A | Interest | J | T | | | | | |
| 63. Buffalo, NY | A | Interest | J | T | | | | | |
| 64. Niagara Wheatfield, NY Central | A | Interest | K | T | | | | | |
| 65. HAVERSTRAW STRONG POINT | A | Interest | J | T | | | | | |
| 66. RENSSELEAR NY MUN. | A | Interest | J | T | Buy | 07/20 | J | | |
| 67. IRA STOCKS | | | | | | | | | |
| 68. ALLEGHENY ENERGY INC. | A | Dividend | J | T | | | | | |

1. Income Gain Codes.      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                              P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment      T =Cash Market
   (See Column C2)         U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AMERICAN ELECTRIC POWER CO., INC. | A | Dividend | J | T | | | | | |
| 70. CASCADE NATURAL GAS CORP. | A | Dividend | J | T | | | | | |
| 71. CENTRAL & SOUTH WEST CORP. | A | Dividend | J | T | | | | | |
| 72. CONNECTIV INC. | A | Dividend | J | T | | | | | |
| 73. CONNECTIV INC. CL A | A | Dividend | J | T | | | | | |
| 74. ENERGY EAST CORP.. | A | Dividend | K | T | | | | | |
| 75. ENOVA CORP. | A | Dividend | J | T | | | | | |
| 76. FPL GROUP INC. | A | Dividend | J | T | | | | | |
| 77. FIRST ENERGY CORP. | A | Dividend | J | T | | | | | |
| 78. MIDAMERICAN ENERGY HOLDINGS CO. | A | Dividend | J | T | | | | | |
| 79. NEVADA POWER CO. | A | Dividend | J | T | | | | | |
| 80. NEW ENGLAND ELECTRIC SYSTEM | A | Dividend | J | T | | | | | |
| 81. POTOMAC ELECTRIC POWER CO. | A | Dividend | J | T | | | | | |
| 82. TEXAS UTILITIES CO. (Holding Co.) | B | Dividend | K | T | | | . | | |
| 83. TEXAS UTILITIES | A | Dividend | J | T | | | | | |
| 84. WESTERN RESOURCES INC. (Western Energy, Inc.) | A | Dividend | J | T | | | | | |
| 85. PMC CAPITAL INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ROCHESTER GAS & ELECTRIC CORP. | A | Dividend | J | T | | | | | |
| 87. SEMPA ENERGY | A | Dividend | J | T | | | | | |
| 88. SIERRA PACIFIC | A | Dividend | J | T | | | | | |
| 89. PEPCO HOLDINGS, INC. | A | Dividend | J | T | | | | | |
| 90. EAGLE MERGER CORP. | A | Dividend | J | T | | | | | |
| 91. RGS ENERGY GROUP, INC. | A | Dividend | J | T | | | | | |
| 92. OCCIDENTAL PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 93. KIMBERLY-CLARK CORP. | A | Dividend | J | T | | | | | |
| 94. CISCO SYSTEMS INC. | A | Dividend | J | T | | | | | |
| 95. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 96. PMC COMMERCIAL TRUST | A | Dividend | J | T | | | | | |
| 97. THE SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 98. WESTSTAR ENERGY | A | Dividend | J | T | | | | | |
| 99. PUGET ENERGY INC. | A | Dividend | J | T | | | | | |
| 100. CHESAPEAKE UTILITIES CORP. | A | Dividend | J | T | | | | | |
| 101. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 102. QUEST DIAGNOSTICS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CHEVRON CORP. | A | Dividend | K | T | | | | | |
| 104. ENERGY TRANFER PARTNERS | A | Dividend | K | T | | | | | |
| 105. NV ENERGY INC. | A | Dividend | K | T | | | | | |
| 106. CORPORATE BONDS | | | | | | | | | |
| 107. TENESSEE VALLEY AUTHORITY Power Bond 1993 Series C | A | Interest | J | T | | | | | |
| 108. COMMONWEALTH EDISON CO. 8.625% Due 2/1/2002 | A | Interest | J | T | | | | | |
| 109. OPPENHEIMER HIGH YIELD FUND A (See Rider 2) | B | Dividend | M | T | | | | | |
| 110. WARWICK NY CENT. | A | Interest | K | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

RIDER 1 (Response to "II - AGREEMENTS" -- first page)

As a former participating member of the Spatt & Bauman, P.C. pension and profit-sharing plan, when I withdrew from the firm and the practice of law in 1978, my share of the pension plan was severed and "rolled over." The funds were not used and were placed in individual retirement accounts in two types of investments as follows:

a) bonds and stocks in the aggregate value of $278,592.76 as of December 31, 2009.

b) cash in the Capital One Savings Bank, Great Neck, New York branch, in the sum of $27,357.77 as of December 31, 2009.

RIDER 2 (Response to "II - AGREEMENTS" -- first page)

Prior to entering into the Spatt & Bauman, P.C. pension plan, when I was a single practitioner I started an individual retirement "Keogh Plan." When I withdrew from the practice of law, I "rolled over" the Keogh Plan, and it remains in that unused condition. The "Keogh" funds are in an Oppenheimer High Yield Fund and are in the value of approximately $26,355.26 as of December 31, 2009.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544